# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-50334
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
December 29, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDGAR GARCIA-HEREDIA,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-870-1

———————————————————————

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.
PER CURIAM:[*]

Edgar Garcia-Heredia appeals his sentence for illegal reentry into the United States under 8 U.S.C. § 1326. Garcia-Heredia argues that the recidivism enhancement in § 1326(b) is unconstitutional because it permits a sentence above the applicable maximum in § 1326(a), based on facts neither alleged in the indictment nor found by a jury beyond a reasonable doubt.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-50334

Garcia-Heredia acknowledges that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he nevertheless seeks to preserve it for possible Supreme Court review. Accordingly, Garcia-Heredia has filed an unopposed motion for summary disposition.

We have held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). As Garcia-Heredia concedes that his argument is foreclosed, summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Garcia-Heredia's motion is GRANTED, and the district court's judgment is AFFIRMED.